NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**AIP ACQUISITION LLC,**
*Appellant*

**v.**

**LEVEL 3 COMMUNICATIONS, LLC,**
*Appellee*

---

2015-1286

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00296.

---

**JUDGMENT**

---

CHI ENG, Eng Law Firm, Newark, NJ, argued for appellant.

JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellee. Also represented by MICHAEL BRADLEY RAY, PAULINE PELLETIER; IFTIKAHR AHMED, DAVID R. CLONTS, MANOJ S. GANDHI, Akin, Gump, Strauss, Hauer & Feld, LLP, Houston, TX; RICHARD LAURENCE MACON, San Antonio, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, PLAGER, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 November 10, 2015                    /s/  Daniel  E.  O'Toole
          Date                          Daniel E. O'Toole
                                        Clerk of Court